Deborah J. Fox (SBN: 110929)
Margaret W. Rosequist (SBN: 203790)
Matthew B. Nazareth (SBN: 278405)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Greg Gillott (SBN: 206540)
ggillott@amadorgov.org
County Counsel
OFFICE OF COUNTY COUNSEL
810 Court Street
Jackson, California 95642
Telephone: (209) 223-6213

Attorneys for Defendants
COUNTY OF AMADOR and
DR. RITA KERR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPC SYSTEMS, INC., a California Corporation; RYAN P. CHAMBERS, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF AMADOR, DR. RITA KERR, in her official capacity as the Amador County Health Officer and DOES 1-50, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02321-WBS-JDP<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFFS PERMISSION TO FILE SECOND AMENDED COMPLAINT AND ORDER RE: REMAND ACTION TO STATE COURT** |

1. WHEREAS, Plaintiffs RPC Systems, Inc. and Ryan P. Chambers ("Plaintiffs") filed an action in the County of Amador Superior Court on October 16, 2020 naming as defendants the County of Amador and Dr. Rita Kerr ("the County Defendants") in Case No. 20-cv-11868;

WHEREAS, Plaintiffs' initial complaint included alleged claims for violation of rights under the United States Constitution;

WHEREAS, the County Defendants removed this action to this District Court on November 20, 2020 pursuant to this Court's jurisdiction over federal claims;

WHEREAS, Plaintiffs had filed a First Amended Complaint in the County of Amador Superior Court on November 17, 2020;

WHEREAS, Plaintiffs' First Amended Complaint removed the claims for violation of rights under the United States Constitution, with the exception of one reference to the First Amendment in Paragraph 188;

WHEREAS, on November 20, 2020, at the time this action was removed, Plaintiffs had not yet served the County Defendants with the First Amended Complaint;

WHEREAS, the parties have agreed that if Plaintiffs remove the reference to the First Amendment in Paragraph 188 of the First Amended Complaint, this Court will lack subject matter jurisdiction;

WHEREAS, the parties therefore agree that Plaintiffs shall file a Second Amended Complaint that removes the reference to the First Amendment in Paragraph 188;

WHEREAS, upon the filing of the Second Amended Complaint, this action should be remanded back to the County of Amador Superior Court;

WHEREAS, upon receipt of action on remand, the County Defendants shall have thirty (30) days to respond to the Second Amended Complaint in the superior court.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL** to the following:

1. That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients.

2. That the parties stipulate to allow Plaintiffs to file a Second Amended Complaint that deletes the reference to the First Amendment in Paragraph 188.

3. That upon filing the Second Amended Complaint, this action should be remanded to the County of Amador Superior Court.

4. That the parties stipulate that County Defendants will have thirty (30) days to respond to the Second Amended Complaint from the date the County of Amador Superior Court receives the remand order.

**IT IS SO STIPULATED.**

DATED:  November 25, 2020        MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Deborah J. Fox
DEBORAH J. FOX
Attorneys for Defendants
COUNTY OF AMADOR and
DR. RITA KERR

DATED:  November 25, 2020        CHAVEZ-OCHOA LAW OFFICES, INC.

By: /s/ Brian R. Chavez-Ochoa (authorized to sign)
BRIAN R. CHAVEZ-OCHOA
Attorneys for Plaintiffs
RPC SYSTEMS, INC. and RYAN P. CHAMBERS

**Attestation of Concurrence in the Filing**

The filer, Deborah J. Fox, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

The Court having reviewed the Parties' stipulation and good cause appearing therefore,

1. Plaintiffs are permitted file a Second Amended Complaint that deletes the reference to the First Amendment in Paragraph 188.

2. Upon filing the Second Amended Complaint, the parties shall notify the Clerk to enter the remand of this action to the Superior Court of the State of California in and for the County of Amador.

**IT IS SO ORDERED.**

Dated: November 25, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3633751.1